NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BIAX CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**NVIDIA CORPORATION,**
*Defendant-Appellee.*

AND

**SONY COMPUTER ENTERTAINMENT AMERICA, INC., AND SONY ELECTRONICS INC.,**
*Defendants-Appellees.*

———————————

2012-1387

———————————

Appeal from the United States District Court for the District of Colorado in No. 09-CV-1257, Judge Philip A. Brimmer.

———————————

**JUDGMENT**

———————————

STEVEN J. MERKER, Dorsey & Whitney, LLP, of Denver, Colorado, argued for plaintiff-appellant.

MARK S. DAVIES, Orrick, Herrington & Sutcliffe LLP, of Washington, DC argued for defendant-appellee, Nvidia Corporation and DAVID ROKACH, Kirkland & Ellis, LLP, of Chicago, Illinois, argued for defendants-appellees, Sony Computer Entertainment America, Inc., et al. With them on the brief were CHRIS R. OTTENWELLER, Orrick, Herrington & Sutcliffe, LLP, of Menlo Park, California, ALEX V. CHACHKES, of New York, New York, DONALD DAYBELL and CHRISTINA VON DER AHE, of Irvine, California for defendant-appellee, Nvidia Corporation. Also on the brief was CHRISTIAN CHADD TAYLOR, Kirkland & Ellis, LLP, of Palo Alto, California, for all defendants-appellees. Of counsel was INDRA NEEL CHATTERJEE, Orrick, Herrington & Sutcliffe, LLP, of Menlo Park, California, for defendant-appellee, Nvida Corporation.

——————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2013        /s/ Jan Horbaly
    Date                    Jan Horbaly
                             Clerk